# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STUDENT AID FUNDS, INC.,

    Plaintiff,

v.

THE DESIGN FACTORY,

    Defendant.

Case No. 2:11-CV-88-KJD-VCF

**ORDER**

On July 23, 2012, the Court Ordered (#27) that Plaintiff file a motion for summary judgment on damages within fourteen (14) days of the entry of the order. The Court further ordered that opposition to the motion for summary judgment on damages be filed within fourteen (14) days after entry of the motion. When the Motion for Summary Judgment on Damages (#28) was filed on August 8, 2012, the Court's electronic filing system set a response date for the opposition as due on August 30, 2012. Due to the inconsistent dates, the Court hereby orders that Defendant's opposition to the motion for summary judgment on damages be filed no later than August 30, 2012. Any reply should be filed within seven (7) days of the opposition having been filed.

**IT IS SO ORDERED.**

DATED this 8TH day of August 2012.

_____
Kent J. Dawson
United States District Judge